UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                      Case No. 23-cr-20100
                                                    Hon. Matthew F. Leitman

CALVIN ZASTROW, et al.,

    Defendant.
_____/

## ORDER RESOLVING (1) MOTION TO QUASH COUNT 1 BY DEFENDANT ZASTROW (ECF NO. 69); (2) MOTION TO QUASH COUNT 2 BY DEFENDANT ZASTROW (ECF NO. 70); (3) MOTION TO DISMISS BY DEFENDANT CURRY (ECF NO. 77); (4) MOTION TO PERMIT UTILIZATION OF A JUROR QUESTIONNAIRE BY DEFENDANT ZASTROW (ECF NO. 100); AND (5) MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE BY UNITED STATES OF AMERICA (ECF NO. 118)

On September 28, 2023, the Court held a hearing on the following motions: (1) Defendant Calvin Zastrow's Motion to Quash Count 1 of the Indictment (ECF No. 69); (2) Defendant Calvin Zastrow's Motion to Quash Count 2 of the Indictment (ECF No. 70); (3) Defendant Curry's Motion to Dismiss the Indictment (ECF No. 77); (4) Defendant Zastrow's Motion to Permit Utilization of a Juror Questionnaire (ECF No. 100); and (5) Motion to Modify Conditions of Pretrial Release by United States of America (ECF  No. 118).  For the reasons stated on the record, the Court IT IS HEREBY ORDERED as follows:

- Defendant Zastrow's Motion to Quash Count 1 of the Indictment (ECF No. 69) is DENIED.

- Defendant Zastrow's Motion to Quash Count 2 of the Indictment (ECF No. 70) is DENIED.

- Defendant Curry's Motion to Dismiss the Indictment (ECF No. 77) is DENIED.

- Defendant Zastrow's Motion to Utilize a Juror Questionnaire (ECF No. 100) is DENIED WITHOUT PREJUDICE.

With respect to the Government's Motion to Modify Conditions of Pretrial Release (ECF No. 118), the Court directed counsel for the Government to submit an omnibus bond order making the pretrial conditions for uniform for all Defendants along the lines discussed on the record. In addition, the Government shall provide defense counsel a list of potential witnesses by not later than October 5, 2023.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 28, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 28, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126